IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DEANDRE BERNARD'S,

    Plaintiff,

v.

ANDREW LARSON, et al.

    Defendants.

ORDER

Case No. 23-cv-712-wmc

Plaintiff DeAndre Bernard's a prisoner in the custody of the Wisconsin Department of Corrections, has submitted a proposed complaint and has paid the $402 filing fee. Because plaintiff is a prisoner, plaintiff is subject to the Prison Litigation Reform Act, which requires the court to screen the complaint to determine whether any portion is frivolous, malicious, fails to state a claim on which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief.

Accordingly, IT IS ORDERED that plaintiff DeAndre Bernard's motion for extension of time to pay the filing fee, dkt. # 4, is granted. Plaintiff's complaint is taken under advisement pursuant to 28 U.S.C. § 1915A. Plaintiff will be notified promptly when such a decision has been made.

Entered this 29th day of November, 2023.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge